UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Neil Charles Heinrich, II,<br><br>                     Debtor.<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>Pennsylvania Housing Finance Agency,<br><br>                     Movant,<br>    v.<br><br>Neil Charles Heinrich, II,<br><br>                     Respondent,<br>William C. Miller,<br><br>                     Trustee. | CASE NO. 23-11578-pmm<br><br><br><br><br>Chapter 13 |

**ORDER**

        NOW, this _____ day of _____, 2023, it is ORDERED AND DECREED that:

        The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11, S.C. 362, is modified, annulled and terminated to allow Pennsylvania Housing Finance Agency, to proceed with or resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's Sale regarding Debtor's real estate; and to take action, by suit or otherwise, in its own name or the names of its assignee, to obtain possession of said premises or other actions relative to such property located at 530 E. Howard Street, Pottstown, PA 19464-6506.

        It is further ORDERED that the 14-day stay provision provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply.

                                                                                                                                                                                                                                                                                                                    J.