UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In RE:  Neil Charles Heinrich, II,            |       CASE NO. 23-11578-pmm
                                              |
                              Debtor.         |
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~           |
Pennsylvania Housing Finance Agency,          |
                                              |       Chapter 13
                              Movant,         |
          v.                                  |
                                              |
Neil Charles Heinrich, II,                    |
                                              |
                          Respondent,         |
William C. Miller,                            |
                              Trustee.        |

<u>CERTIFICATE OF SERVICE OF MOTION FOR RELIEF</u>

       I, Lois M. Vitti, the undersigned, certify that I served or caused to be served, on the _15th
day of November 2023 a copy of the above filed herewith upon each of the following persons and
parties in interest at the addresses shown below:

*Service by First-Class Mail:*               *Service by NEF:*

Neil Charles Heinrich, II                    Michael A. Cibik
530 E. Howard Street                         mail@cibiklaw.com
Pottstown, PA 19464-6506                     William C. Miller, Trustee
                                             ecfemails@phtrustee.com
                                             philaecf@gmail.com
                                             Office of the United States Trustee
                                             USTPRegion03.PH.ECF@usdoj.gov


Executed on: <u>November 15, 2023</u>            <u>*/s/ Lois M. Vitti*</u>
                                             Lois M. Vitti, Esquire

                                             Vitti Law Group, Inc.
                                             663 5<sup>th</sup> Street
                                             Oakmont, PA 15139
                                             (412) 281-1725
                                             PA Attorney ID 209865
                                             ECF email: Nicole@vittilaw.com