UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Neil Charles Heinrich, II, | CASE NO. 23-11578-pmm |
| Debtor. | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | |
| Pennsylvania Housing Finance Agency, | Chapter 13 |
| Movant, | |
| v. | |
| Neil Charles Heinrich, II, | |
| Respondent, | |
| William C. Miller, | |
| Trustee. | |

### CERTIFICATE OF SERVICE OF HEARING NOTICE OF MOTION FOR RELIEF

I, Lois M. Vitti, the undersigned, certify that I served or caused to be served, on the 15th day of November 2023 a copy of the above filed herewith upon each of the following persons and parties in interest at the addresses shown below:

*Service by First-Class Mail:*

Neil Charles Heinrich, II
530 E. Howard Street
Pottstown, PA 19464-6506

*Service by NEF:*

Michael A. Cibik
mail@cibiklaw.com
William C. Miller, Trustee
ecfemails@phtrustee.com
philaecf@gmail.com
Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Executed on: November 15, 2023

/s/ *Lois M. Vitti*
Lois M. Vitti, Esquire

Vitti Law Group, Inc.
663 5th Street
Oakmont, PA 15139
(412) 281-1725
PA Attorney ID 209865
ECF email: Nicole@vittilaw.com