UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Neil Charles Heinrich, II, | CASE NO. 23-11578-pmm |
| Debtor. | |
| Pennsylvania Housing Finance Agency, | |
| Movant, | Chapter 13 |
| v. | |
| Neil Charles Heinrich, II, | |
| Respondent, | |
| William C. Miller, | |
| Trustee. | |

## CERTIFICATE OF NO OBJECTION

I, Lois M. Vitti, do hereby certify that a copy of the Motion for Relief from the Automatic Stay and a Notice of Motion, Response Deadline and Hearing Date requesting that the Debtors file an answer within seventeen (17) days of the date of the Order was mailed and served upon the Debtor, Debtor's Counsel and Trustee on the 15th day of November 2023, and that no answer in response thereto has been filed by any party.

Accordingly, an Order granting relief from the automatic stay may be entered, further affiant saieth not.

                                                                                                        */s/ Lois M. Vitti*
                                                                                                        Lois M. Vitti, Esquire
                                                                                                        Attorney for Movant