United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11578-pmm
Neil Charles Heinrich, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Neil Charles Heinrich, II, 530 E Howard St, Pottstown, PA 19464-6506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Lois M. Vitti | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY loismvitti@vittilaw.com nicole@vittilaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Neil Charles Heinrich II mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Neil Charles Heinrich, II, | CASE NO. 23-11578-pmm |
| Debtor. | |
| Pennsylvania Housing Finance Agency, | |
| Movant, | Chapter 13 |
| v. | |
| Neil Charles Heinrich, II, | |
| Respondent, | |
| William C. Miller, | |
| Trustee. | |

**<u>ORDER</u>**

NOW, this <u>  13th  </u> day of <u>  December            </u>, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11, S.C. 362, is modified, annulled and terminated to allow Pennsylvania Housing Finance Agency, to proceed with or resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's Sale regarding Debtor's real estate; and to take action, by suit or otherwise, in its own name or the names of its assignee, to obtain possession of said premises or other actions relative to such property located at 530 E. Howard Street, Pottstown, PA 19464-6506.

It is further ORDERED that the 14-day stay provision provided by Fed. R. Bankr. P. 4001(a)(3) shall not apply.

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge