# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11578-pmm |
| Neil Charles Heinrich II, | Chapter 13 |
| Debtor. | Related to ECF No. 38 |

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw Cibik Law, P.C.'s Application for Compensation, which was filed with the Court at ECF No. 38. Thank you.

Date: April 15, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: *Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com