## In the United States Bankruptcy Court
## for the Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Neil Charles Heinrich II,<br><br>        Debtor. | Case No. 23-11578-pmm<br><br>Chapter 13 |

### Certificate of No Applications for Compensation or Administrative Expenses

I certify that I have reviewed the Court's docket in this case and no applications for compensation or administrative expenses appear thereon. Pursuant to the Court's order of January 10, 2024, ECF No. 36, all applications for compensation or administrative expenses were to be filed and served on or before January 24, 2024.

Date: August 21, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com