**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Neil Charles Heinrich, II,     :          **Chapter 13**

          **Debtor.**     :        **Bky. No. 23-11578 PMM**

## O R D E R

      **AND NOW,** upon consideration of the Application for Compensation filed by Michael Cibik, counsel for the Debtor (doc. no. 38, the "Application");

      **AND** this bankruptcy case having been dismissed by Order dated January 9, 2024 (doc. no. 36, the "Dismissal Order");

      **AND** the Dismissal Order providing, *inter alia*, that "applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order;"

      **AND** the Application having been filed 76 days after the entry of the Dismissal Order and, therefore, is untimely;

      It is therefore hereby **ORDERED** that the Application is **DENIED**.


**Date: 9/12/24**

                              _____
                              **PATRICIA M. MAYER**
                              **U.S. BANKRUPTCY JUDGE**